IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Office of the District           :
Attorney of Philadelphia,        :
        Appellant        :
                                 :
      v.                 :    No. 2627 C.D. 2015
                                 :
Ryan Bagwell                     :


Office of the District           :
Attorney of Philadelphia,        :
        Appellant        :
                                 :
      v.                 :    No. 2641 C.D. 2015
                                 :
Ryan Bagwell                     :

# **O R D E R**

NOW, April 12, 2017, having considered appellant's application for reconsideration/reargument, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge